**Memorandum Opinion of December 20, 2011, Withdrawn, Appeal Reinstated, and Order filed December 21, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00610-CV

_____

**DOWNTOWN PERFORMANCE MEDICAL CENTER, Appellant**

**V.**

**CANALES MORGAN, LLP, THE MORGAN LAW OFFICE, and GORDON MORGAN, Individually, Appellees**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-44738**

## O R D E R

Appellant's brief was due September 30, 2011. When the brief was not timely filed and no motion for extension of time was filed, on November 3, 2011, the court ordered appellant to file a brief on or before November 28, 2011, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3(b).

Appellant filed its brief on November 28, 2011, but due to a clerical error, the brief was not docketed in this appeal. By a memorandum opinion and judgment filed December 20, 2011, the appeal was dismissed for want of prosecution.

Today, on the court's own motion, we order our memorandum opinion of December 20, 2011, **WITHDRAWN,** the judgment dated December 20, 2011, **VACATED,** and the appeal **REINSTATED.**

PER CURIAM